Mixer, Inc., Appellant, *v.* Select Enterprises Corp. et al.

Argued May 2, 1974. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

reargument refused August 12, 1974.

*Jerold S. Berschler,* with him *Paul R. Rosen,* and *Pechner, Sacks, Dorfman, Rosen & Richardson,* for appellant.

*Joseph Lurie,* with him *Richard S. March,* and *Galfand, Berger, Senesky, Lurie & March,* for appellees.

OPINION PER CURIAM, July 1, 1974:
Decree affirmed. Costs to be borne by appellant.